# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 15-1238 | September Term, 2015 |
| | FAA-15-10-C-00-TPA |

Filed On: March 2, 2016 [1601937]

Hillsborough County Aviation Authority,

    Petitioner

    v.

Michael P. Huerta and Federal Aviation Administration,

    Respondents

**O R D E R**

Upon consideration of the joint motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file status reports at 120-day intervals beginning June 30, 2016.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the alternative administrative proceedings.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                      BY:    /s/
                              Mark A. Butler
                              Deputy Clerk